UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-21088-CIV-MARTINEZ**

CHRISTIAN BINDSLEV,

       Petitioner,

v.

MELISSA CAROLINA SILVA,

       Respondent.

_____/

## ORDER TO SHOW CAUSE

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.***

THIS CAUSE came before this Court on the Verified Petition for Return of Child to Denmark, and Request for Issuance of Show Cause Order ("Petition for Return"). (ECF No. 1.) This Order addresses only Petitioner's request for the issuance of a Show Cause Order, and makes no determination as to the merits of the Petition for Return. Upon considering the Petition for Return, the Convention, and ICARA, it is hereby ORDERED AND ADJUDGED that:

1.      Petitioner, CHRISTIAN BINDSLEV ("Petitioner"), and Respondent, MELISSA CAROLINA SILVA ("Respondent"), are prohibited from removing the minor child, ISLA SILVA BINDSLEV born 11/13/2021 ("I.S.B." or "Child"), or causing the Child to be removed from the jurisdiction of this Court pending final disposition of the Petition for Return; and it is further;

2.      ORDERED, that Respondent, MELISSA CAROLINA SILVA, shall appear before this Court with the Child on **April 5, 2024, at 11:30 a.m.** in Courtroom 10-1 of the United States District Court for the Southern District of Florida (Miami Division), located at 400 N. Miami Ave., Miami, Florida 33128. The initial appearance shall be considered an initial show cause hearing and scheduling hearing, so that the Court can confirm that the Child is physically located within the jurisdiction of this Court, and so that a date may be set for an expedited evidentiary hearing on

the merits of the Petition for Return. Respondent may appear with or without counsel; and it is further;

3.      ORDERED, if Respondent, MELISSA CAROLINA SILVA, either fails to appear on the above-stated time and day with the Child, or removes the Child, or causes the Child to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing; and it is further;

4.      ORDERED, that a copy of this Order, and a copy of the Petition for Return, together with all attachments and all other filings, shall be served **on or before April 3, 2024,** upon Respondent, MELISSA CAROLINA SILVA, by the United States Marshal. Respondent's last known address is: **2021 W. Atlantic Blvd, Pompano Beach, Florida, 33069**, and it is further;

5.      ORDERED, that Respondent shall surrender her own United States passport, and any other passports she possesses, and shall surrender the Child's Danish passport, and any other travel documents for the Child in her possession, custody, or control, to the United States Marshal immediately upon service, to be held for safe keeping by the Clerk of this Court; and it is further;

6.      ORDERED, that Petitioner is not required to appear at the initial hearing, as long as the Petitioner's counsel appears on his behalf and has full authority from the Petitioner to schedule the expedited evidentiary hearing and all related deadlines.

**DONE AND ORDERED** in Miami, Florida, this _2_ day of April, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Ronald H. Kauffman, Esq.
MELISSA CAROLINA SILVA pro per

2